U.S. Department of Justice
United States Attorneys

# United States District Court
## for the Southern District of Florida

NO. 14-60063-CR-RSR

**UNITED STATES OF AMERICA**

v.

Chouman Syrilien, et al   /

Inmate Name: Tracy Delva

Inmate #: 181400356

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:   ANY UNITED STATES MARSHAL, and

WARDEN, Paul Rein Detention Facility

It appearing from the petition of the United States of America that the defendant in the above case, Tracy Delva is confined in the Paul Rein Detention Facility at 2421 NW 16 St, Pompano Beach, FL 33069 and that this case is set for an initial appearance as to the defendant at Federal Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, FL _____, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Tracy Delva now in custody as aforesaid, under safe and secure conduct, before this Court at Federal Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, FL by or before, 9:00 a. M., on June 3, 2014 for a n initial appearance on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Paul Rein Detention Facility at 2421 NW 16 Street, Pompano Beach, FL 33069 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Fort Lauderdale, Florida, this 29th day of May, 2014

_Patrick M. Hunt_ (signature)
Patrick M. Hunt
UNITED STATES MAGISTRATE JUDGE

cc:   U.S. Attorney (AUSA Cynthia R. Wood )
U.S. Marshal (3 certified copies)
Chief Probation Officer